| | |
|---|---|
| Kristin E. Crabb | Natasha N. Taylor (admitted *pro hac vice*) |
| Guess & Rudd P.C. | Ronnie L. Flack (admitted *pro hac vice*) |
| 1029 W. 3rd Avenue, Suite 400 | Wright Close & Barger, LLP |
| Anchorage, Alaska 99501 | One Riverway, Suite 2200 |
| (907) 793-2200 Telephone | Houston, Texas 77056 |
| (907) 793-2299 Facsimile | (713)572-4321 Telephone |
| kcrabb@guessrudd.com | (713)572-4320 Facsimile |
| | taylor@wrightclosebarger.com |
| | flack@wrightclosebarger.com |

Attorneys for Gemini Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| SYNDICATES 1183, 1036, and 2007, CERTAIN UNDERWRITERS AT LLOYD'S LONDON subscribing to Charterer's Legal Liability Policy Number GU300630J, | ) ) ) ) ) | **In Admiralty**<br><br>Case No. 3:21-cv-00252-JMK |
| Plaintiffs, | ) | |
| v. | ) ) | |
| FURIE OPERATING ALASKA, LLC; CLINGMAN & HANGER MANAGEMENT ASSOCIATES, LLC, IN ITS CAPACITY AS THE TRUSTEE IN BANKRUPTCY FOR THE LITIGATION TRUST OF THE CHAPTER 11 PLAN CONFIRMED BY COURT ORDER DATED JUNE 12, 2020 FOR THE DEBTOR FURIE OPERATING ALASKA, LLC; COOK INLET SPILL PREVENTION AND RESPONSE, INC.; CISPRI SERVICES LLC; GEMINI INSURANCE COMPANY, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | JOINT STATUS REPORT |
| Defendants. | ) ) | |

Joint Status Report
*Syndicates 1183, 1036, and 2007, et al. v. Furie Operating Alaska, LLC, et al.*, Case No. 3:21-cv-00252-JMK
Page 1 of 4

Case 3:21-cv-00252-JMK   Document 85   Filed 05/22/23   Page 1 of 4

Defendant Gemini Insurance Company ("Gemini"), Plaintiffs Syndicates 1183, 1036, and 2007, Certain Underwriters at Lloyd's, London subscribing to the Charterer's Legal Liability Policy Number GU300630J insuring Furie Operating Alaska, LLC ("Plaintiffs"), and Defendants Cook Inlet Spill Prevention & Response, Inc. and CISPRI Services, LLC ("CISPRI") file this Joint Status Report and show the Court as follows:

This Court issued ECF No. 76 on March 31, 2023 ("Order"), in which it ordered that "Underwriters' Motion for Summary Judgment at Docket 61 is granted, Gemini's Motion for Summary Judgment at Docket 60 is denied, and CISPRI's Motion for Summary Judgment at Docket 58 is granted in part and denied in part in accordance with this Order." (ECF No. 76 at 33) The Court also ordered **"that the parties shall file a joint status report"** . . . "identifying any remaining issues for litigation and a proposed schedule for resolving those issues. If issues remain, the Court respectfully encourages the parties to consider mediation. The status report should indicate whether the parties desire a judicial settlement conference, and if so, include a range of available dates." (*Id.*)

Based on the Court's various orders and issues raised in the parties' pleadings, all issues related to the merits of this case have either been explicitly or implicitly ruled on by this Court. What appears to remain is the entry of judgment and, to the extent it is applicable, the parties' motion for attorneys' fees and requests for costs. The Court has ordered that the attorneys' fee briefing and any requests for costs be filed by May 29.

It is Gemini's position that neither Plaintiffs nor CISPRI is entitled to attorneys' fees in this case, but it intends to respond to their motions for fees. Gemini requests until June 19 to file its responses to the fees motions, and neither Plaintiffs nor CISPRI oppose

Joint Status Report
*Syndicates 1183, 1036, and 2007, et al. v. Furie Operating Alaska, LLC, et al.*, Case No. 3:21-cv-00252-JMK
Page 2 of 4

Case 3:21-cv-00252-JMK   Document 85   Filed 05/22/23   Page 2 of 4

Gemini's request to file its responses at this time. Additionally, Plaintiffs and CISPRI will likely file replies to Gemini's fee motion responses, and they seek until July 3 to file their replies, which Gemini does not oppose.

Given the status of the litigation, the parties do not wish to engage in a judicial settlement conference.

DATED at Anchorage, Alaska, this 22nd day of May, 2023.

GUESS & RUDD P.C.

By: /s/ *Kristin E. Crabb*
Kristin E. Crabb, AK Bar No. 1011070

WRIGHT CLOSE & BARGER, LLP
Natasha N. Taylor (admitted *pro hac vice*)
Ronnie L. Flack, Jr. (admitted *pro hac vice*)
*Attorneys for Gemini Insurance Company*

LANE POWELL LLC
*Attorneys for Plaintiffs*


/s/ *Brewster H.Jamieson*
Brewster H. Jamieson, ABA No. 8411122
Katie Smith Matison, *pro hac vice*

NICOLL BLACK & FEIG PLLC
*Attorneys for Defendants, Counterclaimants and Crossclaimants Cook Inlet Spill Prevention & Response, Inc. and CISPRI Services LLC*


/s/ *Chris P. Reilly*
Chris P. Reilly, ABA No. 0807047

Joint Status Report
*Syndicates 1183, 1036, and 2007, et al. v. Furie Operating Alaska, LLC, et al.*, Case No. 3:21-cv-00252-JMK
Page 3 of 4

Case 3:21-cv-00252-JMK   Document 85   Filed 05/22/23   Page 3 of 4

CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of
May, 2023, a true and correct copy of
the foregoing document was served electronically on:

Brewster H. Jamieson, Esq.
Katie S. Matison, Esq.
Chris P. Reilly, Esq.
Natasha N. Taylor, Esq.
Ronnie L. Flack, Esq.

Guess & Rudd P.C.


By:     /s/ Kristin E. Crabb
\\gr1\sys\DATA\6875\1\Pleadings\18 Joint Status Update.doc

Joint Status Report
*Syndicates 1183, 1036, and 2007, et al. v. Furie Operating Alaska, LLC, et al.*, Case No. 3:21-cv-00252-JMK
Page 4 of 4

Case 3:21-cv-00252-JMK   Document 85   Filed 05/22/23   Page 4 of 4