# UNITED STATES DISTRICT COURT
for the

District of Alaska

SYNDICATES 1183, 1036, AND 2007, CERTAIN
UNDERWRITERS AT LLOYD'S LONDON
subscribing to Character's Legal Liability Policy
Number GU300630J,

*Plaintiffs*

v.

Civil Action No.   3:21-cv-00252-JMK

FURIE OPERATING ALASKA, LLC; CLINGMAN
& HANGER MANAGEMENT ASSOCIATES,
LLC, IN ITS CAPACITY AS THE TRUSTEE IN
BANKRUPTCY FOR THE LITIGATION TRUST
OF THE CHAPTER 11 PLAN CONFIRMED BY
COURT ORDER DATED JUNE 12, 2020 FOR
THE DEBTOR FURIE OPERATING ALASKA,
LLC; COOK INLET SPILL PREVENTION AND
RESPONSE, INC.; CISPRI SERVICES LLC;
GEMINI INSURANCE COMPANY,

*Defendants*

)
)
)
)
)
)

## DECLARATORY JUDGMENT IN A CIVIL ACTION

**DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT declaratory judgment is entered in accordance with the Court's Order at Docket 76, including a declaration that

1. Charterers' Legal Liability Policy Number GU300630J does not provide coverage to Named Insured Furie Operating Alaska, LLC for its liability under the August 9, 2021, Arbitration Award.

2. Energy Commercial Umbrella Liability Policy Number JUH2001888 provides coverage to Named Insured Furie Operating Alaska, LLC for its liability under the August 9, 2021, Arbitration Award.

*Costs taxed in the amount of $232.80 against Gemini Insurance Company awarded to Cook Inlet Spill Prevention & Response, Inc., and CISPRI Services LLC.

APPROVED:

*Costs taxed in the amount of $627.20 by Syndicates 1183, 1036, and 2007, Certain Underwriters at Lloyds, London against Furie Operating, et al.

**s/Joshua M. Kindred**

Joshua M. Kindred
United States District Judge

**Brian D. Karth**

Brian D. Karth
Clerk of Court

Date: May 24, 2023

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*

*Redistributed with costs on 7/14/2023