IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SYNDICATES 1183, 1036, and 2007, CERTAIN UNDERWRITERS AT LLOYD'S, LONDON subscribing to Charterer's Legal Liability Policy Number GU300630J,<br><br>Plaintiffs,<br><br>vs.<br><br>FURIE OPERATING ALASKA, LLC, *et al.*,<br><br>Defendants. | IN ADMIRALTY<br><br>Case No. 3:21-cv-00252-JMK<br><br>**ORDER RE JOINT STATUS REPORT** |

At Docket 85, the parties filed a Joint Status Report in response to the Court's Order at Docket 76 that directed the parties to identify which issues, if any, remain for litigation. The parties have certified that the Court's Order at Docket 76 adjudicated all claims in the above case. The only issues that remain to be litigated are motions for attorney's fees incurred in the present action. Accordingly, at Docket 86, the Court has entered a Declaratory Judgment in this case.

Although the parties previously stipulated that any motions for attorney's fees and costs would be due by May 29, 2023, given the parties' requests for extensions and the recent entry of Declaratory Judgment, the Court extends deadlines as follows:

- Bills of costs and motions for attorney's fees are due **June 8, 2023**, and are to be filed as separate docket entries;[1]

- Responses to motions for attorney's fees are due **June 23, 2023**;

- Replies to responses to motions for attorney's fees are due **July 7, 2023**.

Upon any award of costs or attorney's fees, the Court will amend the Declaratory Judgment to incorporate those amounts.

**IT IS SO ORDERED** this 24th day of May, 2023, at Anchorage, Alaska.

*/s/ Joshua M. Kindred*
JOSHUA M. KINDRED
United States District Judge

---

[1] Motions to review costs, if applicable, shall be filed within seven days of the Clerk of Court's entry of costs taxed. *See* Fed. R. Civ. P. 54(d)(1).

*Syndicates 1183, 1036, and 2007, et al. v. Furie, et al.*    Case No. 3:21-cv-00252-JMK
Order Re Joint Status Report    Page 2

Case 3:21-cv-00252-JMK   Document 87   Filed 05/24/23   Page 2 of 2